# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **DESMOND MARTEZ WILLIAMS,** | ] |
| **Petitioner,** | ] |
| v. | ] |
| | ] Case No. 4:25-cv-853-ACA-GMB |
| **WEBSTER,** | ] |
| **Respondent.** | ] |

## MEMORANDUM OPINION

In June 2025, Petitioner Desmond Martez Williams filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and an application to proceed *in forma pauperis*. (Docs. 1–2). The magistrate judge found that Mr. Williams could afford to pay the $5 filing fee, denied his motion to proceed *in forma pauperis*, and ordered him to pay the fee within thirty days. (Doc. 4). The magistrate judge warned Mr. Williams that his failure to timely pay the filing fee could result in the court's dismissal of the action. (*Id.* at 1). Mr. Williams failed to timely pay the filing fee, so in July 2025, the magistrate judge entered a report recommending that the court deny Mr. Williams's petition for his failure to prosecute. (Doc. 5). Mr. Williams timely filed objections to the report and recommendation. (Doc. 6).

In his objections, Mr. Williams discusses problems he encountered with his counsel in state court while attempting to file a petition for postconviction relief

under Alabama Rule of Criminal Procedure 32. (*See generally* doc. 6). But Mr. Williams has not paid the $5 filing fee as ordered by the magistrate judge, nor does he otherwise explain in his objections why he has not paid the fee. Accordingly, the court **OVERRULES** Mr. Williams's objections. (*Id.*).

Having carefully reviewed and considered *de novo* all of the materials in the court file, including the magistrate judge's report and recommendation and Mr. Williams's objections, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, the court **WILL DENY** Mr. Williams' petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 for Mr. Williams's failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this August 28, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE